UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

              Plaintiff,

vs.

NELSON GIOVANNI CONTRERAS,

              Defendant.

CASE NO. 11CR5056

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Information:

21:952 and 960

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 6, 2011

                                        WILLIAM V. GALLO
                                        UNITED STATES DISTRICT JUDGE